

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| VIAL, HAMILTON, KOCH & KNOX, L.L.P. | * * | CIVIL ACTION |
| Plaintiff | * * | NO. 00-0381 |
| VERSUS | * * | SECTION B |
| TRANSIT MANAGEMENT OF SOUTHEAST LOUISIANA, INC. | * * | MAG. DIV. 4 |
| Defendant | * | |

### DEFENDANT'S FIRST REQUEST FOR EXTENSION OF TIME

**NOW INTO COURT**, through undersigned counsel, comes the defendant, Transit Management of Southeast Louisiana, Inc., and respectfully moves the Court for an additional 20 days within which to respond to the complaint in this matter. In support of this motion, Transit Management states that it received a copy of the complaint by certified mail on February 14, 2000, and that it requires additional time to investigate the facts and circumstances underlying the complaint. This is Transit Management's first request for an extension of time in this matter, and the plaintiff has not filed in the record an opposition to an extension.

DATE OF ENTRY MAR 6 2000

WHEREFORE, Transit Management respectfully requests that the Court grant it an additional 20 days within which to respond to the plaintiff's complaint.

Respectfully submitted,

*[signature]*

Thomas M. Flanagan, 19569
Stacy S. Head, 23942
Of
STANLEY & FLANAGAN, L.L.C.
909 Poydras Street, Suite 2630
New Orleans, Louisiana 70112
Telephone: (504) 523-1580

Attorneys for Transit Management of Southeast Louisiana, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that copies of the above and foregoing Defendant's First Request for Extension of Time have been served on all counsel of record, by placing same in the United States mail, postage prepaid and properly addressed, this 2nd day of March, 2000.

*[signature]*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| VIAL, HAMILTON, KOCH & KNOX, L.L.P. | * | CIVIL ACTION |
| | * | |
| Plaintiff | * | NO. 00-0381 |
| | * | |
| VERSUS | * | SECTION B |
| | * | |
| TRANSIT MANAGEMENT OF SOUTHEAST LOUISIANA, INC. | * | MAG. DIV. 4 |
| | * | |
| Defendant | * | |

## ORDER

Considering the foregoing Defendant's First Request for Extension of Time,

**IT IS HEREBY ORDERED**, that the motion be and hereby is **GRANTED**. Defendant, Transit Management of Southeast Louisiana, Inc., is granted an additional 20 days within which to respond to the plaintiff's complaint.

New Orleans, Louisiana this 3rd day of March, 2000.

_____
UNITED STATES DISTRICT JUDGE

- 3 -