

MINUTE ENTRY
LEMELLE, J.
April 26, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

The following cases were called this day to show cause why they should not be DISMISSED. After hearing, **IT IS ORDERED** that said cases be disposed as indicated below:

| | |
|---|---|
| 99-3150 | **Cargill Ferrous International vs. MV DON AKAKI, etc., et al.**<br>No return of service or answer as to Richmond Shipping Co., Ltd. No answer or default as to defendant, Cypress Maritime Co., Ltd.<br>ORDERED: PASSED FOR 4 WEEKS - MAY 24, 2000 AT 9:00 A.M. |
| 99-3426 | **Fergusson Wild & Co., Ltd. vs. Gulf Coast Dockside, Inc., et al.**<br>No answer or default as to third-party defendant, Gulf Coast Logistics, Inc.<br>ORDERED: DOCKET SATISFIED. |
| 99-3523 | **Michael D. Woodson vs. Odell Scales, et al.**<br>No return of service or answer as to defendant, Odell Scales.<br>ORDERED: PLAINTIFF'S CLAIMS AND DEMANDS MADE AGAINST DEFENDANT, ODELL SCALES, ARE DISMISSED WITHOUT PREJUDICE FOR PLAINTIFF'S FAILURE TO PROSECUTE. |
| 99-3672 | **McKesson Corporation vs. Forshag's Drug Store, Inc.**<br>No answer or default as to defendant, Forshag's Drug Store, Inc.<br>ORDERED: DOCKET SATISFIED. |
| 00-0093 | **Perry E. Futch vs. St. Helena Parish Sheriff's Department, et al.**<br>No return of service or answer as to all defendants.<br>ORDERED: DOCKET SATISFIED. |

DATE OF ENTRY
APR 2 6 2000



00-0119    John Ruffin vs. Victor Wahill, et al.
           No answer or default as to defendant, National Union Fire & Casualty Ins. Co.
           **ORDERED:   DOCKET SATISFIED.**

00-0235    Lowe, Stein, Hoffman, Allweiss & Hauver, L.L.P. vs. Inntraport International Corporation, et al.
           No return of service or answer as to defendant, Intelnet International, Inc. No answer or default as to defendant, Inntraport International Corporation.
           **ORDERED:   PASSED FOR 4 WEEKS - MAY 24, 2000 AT 9:00 A.M.**

00-0318    Curt Dufrene, et al. vs. Chevron USA, Inc.
           No answer or default as to defendant, Chevron USA, Inc.
           **ORDERED:   DOCKET SATISFIED.**

00-0381    Vial, Hamilton, Koch & Knox, L.L.P. vs. Transit Management of Southeast Louisiana, Inc.
           No answer or default as to defendant, Transit Management of Southeast Louisiana.
           **ORDERED:   DOCKET SATISFIED.**


_____
IVAN L.R. LEMELLE
UNITED STATES DISTRICT JUDGE