**MINUTE ENTRY**
**ROBY, M.J.**
**May 17, 2000**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **VIAL, HAMILTON, KOCH, & KNOX, L. L. P.** | **CIVIL ACTION** |
| **VERSUS** | **NO:   00-0381** |
| **TRANSIT MANAGEMENT OF SOUTHEAST LOUISIANA** | **SECTION: "B" (4)** |

The undersigned Magistrate Judge recuses herself from handling the above-captioned case pursuant to 28 U.S.C. § 455(a). The undersigned Magistrate Judge was formally a partner with the law firm of Vial, Hamilton, Koch, & Knox, L. L. P., a law firm appearing as the plaintiff in the above captioned matter.

Canon 3.3-1 provides that a judge must recuse in all cases involving a former law firm for a reasonable period of time thereafter. The undersigned ceased employment with Vial, Hamilton, Koch, & Knox in 1999 and will recuse herself for a reasonable period from the termination of her employment in compliance with Canon 3. 3-1. Therefore, in compliance with Canon 3, which requires the impartial and diligent performance of judicial duties, the undersigned recuses herself from the aforementioned matter.

The Clerk of Court is **ORDERED** to reallot the above-captioned case to another Magistrate Judge other than Magistrate Judge 4.

KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE

MAY 18 2000
**REALLOTTED TO**
**MAG. 3**

DATE OF ENTRY
MAY 1 8 2000

Fee