

**MINUTE ENTRY**
**LEMELLE, J.**
**JUNE 1, 2000**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **VIAL, HAMILTON, KOCH & KNOX, L.L.P.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 00-0381** |
| **TRANSIT MANAGEMENT OF SOUTHEAST LOUISIANA, INC.** | **SECTION "B" (3)** |

The following disclosure is made in accordance with 28 U.S.C. § 455(a) and (e). The undersigned District Judge's sister-in-law is the Director of Office Management and Budget for the defendant corporation.

Counsel are directed to advise the Clerk of Court in writing no later than **June 12, 2000** if they request Judge Lemelle to disqualify himself in this matter pursuant to the above disclosure.

IVAN L.R. LEMELLE
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
JUN 0 5 2000

Fee_____
Process___
X Dktd___
  CtRmDep__
  Doc.No. 10