**MINUTE ENTRY**
**LEMELLE, J.**
**JUNE 12, 2000**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VIAL, HAMILTON, KOCH & KNOX, L.L.P. | CIVIL ACTION |
| VERSUS | NO. 00-0381 |
| TRANSIT MANAGEMENT OF SOUTHEAST LOUISIANA, INC. | SECTION "B" (3) |

The Court has been advised by the Clerk of Court that all parties have not waived the undersigned's disqualification based on the prior disclosure made pursuant to 28 U.S.C. § 455(a) and (e). Accordingly, the undersigned recuses himself and directs the Clerk of Court to reallot this action to another Section of the Court.

IVAN L.R. LEMELLE
UNITED STATES DISTRICT JUDGE

JUN 1 2 2000
REALLOTTED TO SECT. J

DATE OF ENTRY
JUN 1 3 2000