

```
MINUTE ENTRY
BARBIER, J.
JULY 7, 2000
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

VIAL, HAMILTON, KOCH & KNOX,
L.L.P.                                              CIVIL ACTION

VERSUS                                              NO: 00-0381

TRANSIT MANAGEMENT OF SOUTHEAST
LOUISIANA, INC.                                     SECTION: "J"(3)


**IT IS ORDERED** that a status conference will be conducted over the telephone on **Friday, July 14, 2000 at 11:15 a.m.** to address defendant's Motion to Continue Trial.

\* \* \* \* \* \* \*

DATE OF ENTRY
JUL 11 2000