

MINUTE ENTRY
BARBIER, J.
JULY 12, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

VIAL, HAMILTON, KOCH & KNOX,
L.L.P.                                              CIVIL ACTION

VERSUS                                              NO: 00-0381

TRANSIT MANAGEMENT OF SOUTHEAST
LOUISIANA, INC.                                     SECTION: "J"(3)

**IT IS ORDERED** that the status conference, currently scheduled for July 14, 2000, is **RE-SET** for **Monday, July 17, 2000 at 11:15 a.m.** and shall be conducted over the telephone.

* * * * * * *

DATE OF ENTRY
JUL 1 3 2000