

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| VIAL, HAMILTON, KOCH & KNOX, L.L.P. | * * | CIVIL ACTION |
| Plaintiff | * * | NO. 00-0381 |
| VERSUS | * * | SECTION J |
| TRANSIT MANAGEMENT OF SOUTHEAST LOUISIANA, INC. | * * | MAG. DIV. 3 |
| Defendant | * | |

* * * * * * * * * * * * * * * * * *

### MOTION AND INCORPORATED MEMORANDUM TO CONTINUE TRIAL

Transit Management of Southeast Louisiana, Inc. ("Transit Management"), through its undersigned counsel, respectfully moves this Honorable Court to continue the trial scheduled to commence on August 28, 2000. In support of its motion, Transit Management represents as follows:

1.

A crucial witness in this matter will be unable to attend trial on August 28, 2000 and will be unable to participate in any discovery before that date.

2.

The aforementioned witness's testimony and involvement is critical to Transit Management's defense of this matter.

DATE OF ENTRY
JUL 1 7 2000

3.

Counsel for plaintiff advised that while he does not join in this motion, he will not file an

opposition to Transit Management's request for a continuance. *See* letter confirming agreement attached as Ex. A.

4.

A continuance of the trial date will not prejudice the parties in part, because very little discovery has taken place thus far, and it would be difficult to try this matter on August 28, 2000.

For the foregoing reasons, Transit Management respectfully requests a continuance of the trial scheduled to commence on August 28, 2000, and that a telephone scheduling conference be held by this Court to select a new trial date.

Respectfully submitted,

_____
Thomas M. Flanagan, 19569
Stacy S. Head, 23942
    Of
STANLEY & FLANAGAN, L.L.C.
909 Poydras Street, Suite 2630
New Orleans, Louisiana 70112
Telephone: (504) 523-1580

Attorneys for Transit Management of Southeast Louisiana, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that copies of the above and foregoing Motion and Incorporated Memorandum to Continue Trial have been served on all counsel of record, by facsimile, this 26th day of June, 2000.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| VIAL, HAMILTON, KOCH & KNOX, L.L.P. | * * | CIVIL ACTION |
| Plaintiff | * * | NO. 00-0381 |
| VERSUS | * * | SECTION J |
| TRANSIT MANAGEMENT OF SOUTHEAST LOUISIANA, INC. | * * | MAG. DIV. 3 |
| Defendant | * | |

* * * * * * * * * * * * * * * * * * *

## ORDER

Considering Transit Management of Southeast Louisiana, Inc's motion to continue trial,

**IT IS HEREBY ORDERED** that trial scheduled to commence on August 28, 2000 is continued and that a status conference, by telephone, will be held on July 17 at 11:15 a.m. to schedule a new trial date.

New Orleans, Louisiana this 17 day of July, 2000.

_____
DISTRICT COURT JUDGE