FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JUL 20 PM 4: 55
2000 JUL 20
LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**AFRICK, M.J.**
**July 19, 2000**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**VIAL, HAMILTON, KOCH & KNOX**     CIVIL ACTION NO. 00-0381

versus                              SECTION: "J" (3)

**TRANSIT MANAGEMENT OF SOUTHEAST LA., INC.**

A settlement conference is scheduled in the above-captioned case on September 26, 2000, at 2:00 P.M., in the undersigned U.S. Magistrate Judge's chambers, located at 501 Magazine Street, Room 335, New Orleans, Louisiana.

**On or before September 19, 2000**, each party shall submit to the undersigned Magistrate Judge an in-camera letter/memorandum, **no longer than three pages double spaced**, outlining their settlement position. **The letter/memorandum may be faxed directly to my chambers at 504-589-7608.** All counsel are to have access to someone with full authority.

DATE OF ENTRY
JUL 2 1 2000

LANCE M. AFRICK
**UNITED STATES MAGISTRATE JUDGE**

**CLERK TO NOTIFY ALL COUNSEL**

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
Doc.No. 17