```
                                        FILED
                                   U.S. DISTRICT COURT
                                 EASTERN DISTRICT OF LA

                                  2000 AUG 15  AM 11: 40
                                      2000 AUG 15
                                   LORETTA G. WHYTE
                                        CLERK
```

**MINUTE ENTRY**
**AFRICK, M.J.**
**August 14, 2000**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**VIAL, HAMILTON, KOCH & KNOX**              CIVIL ACTION NO. 00-0381

versus                                        SECTION: "J" (3)

**TRANSIT MANAGEMENT OF SOUTHEAST LA., INC.**

At the request of counsel, the settlement conference scheduled in the above-captioned case on September 26, 2000, is hereby **RESET at 10:00 A.M. on October 3, 2000.**

**On or before September 27, 2000**, each party shall submit to the undersigned Magistrate Judge an in-camera letter/memorandum, **no longer than three pages double spaced**, outlining their settlement position. **The letter/memorandum may be faxed directly to my chambers at 504-589-7608.** All counsel are to have access to someone with full authority.

DATE OF ENTRY
AUG 1 5 2000

_____
LANCE M. AFRICK
UNITED STATES MAGISTRATE JUDGE

_____
**CLERK TO NOTIFY ALL COUNSEL**

___ Fee
___ Process
_X_ Dktd
_✓_ CtRmDep
___ Doc.No. 18