

FILED
U.S. [illegible] COURT
EASTERN [illegible] LA
OCT 3 2000
[illegible]
LOR[illegible]TE
[illegible] CLERK

**MINUTE ENTRY**
**AFRICK, M.J.**
**October 2, 2000**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **VIAL, HAMILTON, KOCH & KNOX** | CIVIL ACTION NO. 00-0381 |
| versus | SECTION: "J" (3) |
| **TRANSIT MANAGEMENT OF SOUTHEAST LA., INC.** | |

This Court has been informed that the above-captioned case has been dismissed. Therefore, the settlement conference scheduled on October 3, 2000, is **CANCELED**.

_____
**LANCE M. AFRICK**
**UNITED STATES MAGISTRATE JUDGE**

**CLERK TO NOTIFY ALL COUNSEL**

DATE OF ENTRY
OCT 3 2000

Fee_____
Process____
X  [illegible]
  [illegible]
Doc.No._____